UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
CASCO MARINA DEVELOPMENT, LLC,            )
t/a JAMES CREEK MARINA                    )
                                          )
              Plaintiff,                  )
                                          )
       v.                                 )       Civil No. 03-2068 (RCL)
                                          )
M/V FORRESTALL, et. al,                   )
                                          )
              Defendant.                  )
                                          )
_____)

<u>ORDER</u>

Upon consideration of the briefs of the parties, the record below, the law, and the

memorandum opinion issued this date, it is

ORDERED that Plaintiff's Motion for Summary Judgment [31] is DENIED;

ORDERED that Defendant Forrest's Motions for Summary Judgment [25], [26] are

GRANTED, and judgment is hereby entered for defendant, dismissing this case with prejudice.

FURTHER ORDERED that Defendant Forrest's Third Party Complaint [22] is

DISMISSED as moot.

SO ORDERED

Signed by Royce C. Lamberth, United States District Judge, on July 28, 2005.